No. 25-3828

# In the United States Court of Appeals for the Ninth Circuit

CULTURE OF LIFE FAMILY SERVICES, INC.,
Plaintiff-Appellant,

v.

ROB BONTA, in his official capacity as
the California Attorney General
Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of California
Honorable Gonzalo P. Curiel
(3:24-cv-01338-GPC)

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION TO SCHEDULE RELATED CASES FOR ARGUMENT BEFORE THE SAME PANEL**

CHARLES S. LIMANDRI
PAUL M. JONNA
JEFFREY M. TRISSELL
**LiMANDRI & JONNA LLP**
Post Office Box 9120
Rancho Santa Fe, CA 92067
(858) 759-9930

PETER BREEN
MICHAEL MCHALE
CHRISTOPHER J.F. GALIARDO
**THOMAS MORE SOCIETY**
309 W. Washington St., Ste. 1250
Chicago, IL 60606
(312) 782-1680
*pbreen@thomasmoresociety.org*

*Counsel for Plaintiff-Appellant*

Plaintiff-Appellant Culture of Life Family Services, Inc. ("COLFS"), by and through its attorney of record, respectfully moves the Court to schedule this case for argument before the same panel on the same day as that of related case *National Institute of Family and Life Advocates v. Bonta* (Case No. 25-2287) ("*NIFLA*"). COLFS does not move for consolidation of the cases.

Counsel for Defendant-Appellee Attorney General Rob Bonta has indicated he does not oppose this motion. The motion is made pursuant to Fed. R. App. P. 27 & 34 and to 9th Cir. R. 28-2.6(b) and 34-1 to 34-3. It is based on the attached declaration, the files and records of this case and those in *NIFLA*, and any further information that the Court may request.

                                            Respectfully submitted,

Dated: July 4, 2025                            By: *s/ Peter Breen*
                                                    Peter Breen
                                                    309 W. Washington St.
                                                    Suite 1250
                                                    Chicago, IL 60606
                                                    (312) 782-1680
                                                    pbreen@thomasmoresociety.org

## DECLARATION OF PETER BREEN

I, Peter Breen, hereby declare and state as follows:

1. I am attorney of record for COLFS in this appeal.

2. This case and *NIFLA* both raise a First Amendment challenge to the Attorney General's attempts to censor pro-life pregnancy help organizations under California's Unfair Competition Law and California's False Advertising Law, based on those organizations' statements relating to a medical procedure called "abortion pill reversal."

3. Both cases appeal a district court's denial of a preliminary injunction against the Attorney General, with appellants in both cases arguing his censorship is based on content and viewpoint discrimination, lacks any evidentiary basis, and neither serves a cognizable government interest nor is narrowly tailored.

4. Put differently, the two cases raise closely related issues. In such situations, 9th Circuit Rule 28-2(b) provides for either delaying argument in the first-filed case or advancing argument in the second-filed appeal so that the same panel can hear both cases on the same day. *See* Circuit Advisory Committee Note to Rules 34-1 to -3, Part 1.

5. Advancing any argument scheduled in this appeal to coincide with argument in *NIFLA* would not disadvantage any party in either case: COLFS does not seek to consolidate the cases[1] and the same counsel represent the Attorney General in both appeals.

6. Advancing any argument scheduled in this case instead likely would lessen the litigation burden for the Attorney General by saving its appellate counsel the hassle and expense of unnecessarily doubled travel from Sacramento (roughly 800 miles roundtrip) and duplication of effort preparing for related arguments on two different timelines. And counsel for the Attorney General has indicated he does not oppose this motion.

7. Advancing any argument scheduled in this case also likely would benefit the Court by lessening the workload on its judges and personnel when they write bench memoranda, prepare for argument, sit in judicial conference, and write the ensuing opinions. Considering the cases in concert also may help the Court more fully consider all facets of the far-reaching legal questions the appeals raise, along with avoiding

---

[1] Nor would consolidation or combining argument be appropriate here, in view of the distinct facts presented by the plaintiffs in each case and the differences in reasoning by the respective district courts in denying the requested preliminary injunctions.

potential issues presented by two different panels simultaneously considering and issuing distinct opinions on overlapping legal questions.

8. The Court is considering *NIFLA* for oral argument during four weeks of sittings in Pasadena to be held in October and November 2025. *See* Case No. 25-2287 (Dkt. No. 44). Counsel of record for the *NIFLA* appellants has advised the Court he is unavailable for argument during the Court's sitting October 20-24. Counsel for COLFS are available for all potential settings.

9. Briefing in this case is currently underway. COLFS's opening brief is due July 16, 2025. The Attorney General's response is due August 15, 2025, and COLFS's reply brief is due September 5, 2025.

10. Advancing any argument scheduled in this case to the October or November sitting dates currently proposed for *NIFLA* would not impair my ability to provide competent and zealous representation for COLFS. I believe an advanced argument date would instead tend to shorten the duration of COLFS's constitutional injury.

11. If the Court decides to hear argument in this case, I therefore respectfully request that the Court schedule that argument for the same

day and before the same panel as argument in Case No. 25-2287 (without consolidating the cases or combining argument).

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 4, 2025, at Chicago, Illinois.

                                By: *s/ Peter Breen*
Peter Breen
309 W. Washington St.
Suite 1250
Chicago, IL 60606
(312) 782-1680
pbreen@thomasmoresociety.org