NOTICE REGARDING SCHEDULED ORAL ARGUMENTS

      This notice is being issued in all cases currently scheduled for the October 6-10, 2025 oral argument calendars in San Francisco and Pasadena, California, Las Vegas, Nevada, and Honolulu, Hawaii.

      Pursuant to the [Administrative Order](#) issued October 1, 2025, all oral argument hearings in all locations scheduled for the week of October 6-10, 2025, will go forward as planned. Government and CJA funded attorneys are expected to appear.

      If a federal or CJA funded attorney wishes to appear remotely by video because they are prevented from traveling, they shall notify the assigned courtroom deputy by email no later than Friday, October 3, 2025, at 12:00 PM PDT.

      Any motion to reschedule, stay, or continue oral argument that has been or may be filed in these cases based on the lapse in funding is denied.